THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELAINE MOORMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-cv-405-MJR |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

REAGAN, District Judge:

Plaintiff Elaine Marie Moorman's appeal of the dismissal of this case is pending in the Court of Appeals for the Seventh Circuit. Moorman has filed a motion to "redact from the viewing of the general public, the transcript of the February 10, 2011 discovery hearing held before U.S. Magistrate Judge Stephen C. Williams (Doc. 70). Moorman believes that information discussed during the hearing may be considered classified by the federal government, and possibly a matter of national security. Moorman appears to have filed her motion in both the appellate court and district court. Although an appeal generally divests the district court of jurisdiction, ministerial matters, such as this motion, not the subject of appeal remain within the prerogative of the district court.

A review of the record reveals that the record does not contain a transcript of the February 10, 2011, discovery hearing. Therefore, Moorman's motion to redact the record from the public (Doc. 70) is **DENIED AS MOOT.** Insofar as Moorman may be seeking to seal the record of the hearing to prevent the public from seeking production of a transcript, her bald assertions, without more, are insufficient to justify such a drastic measure. This Court is familiar with Moorman's law enforcement activities and does not perceive that any confidential information of matters of national security are involved.

1

The Clerk of Court is **DIRECTED** to transmit a copy of this Order to the Court of Appeals for the Seventh Circuit.

**IT IS SO ORDERED.**

**DATED: December 30, 2011**

s/ *Michael J. Reagan*
**MICHAEL J. REAGAN**
**UNITED STATES DISTRICT JUDGE**